**SOCIALIST WORKERS PARTY; Leroy Watson; Louise Pittell; and Dean Peoples, Plaintiffs-Appellants,**

v.

**SECRETARY OF STATE Of the STATE OF WASHINGTON, Ralph Munro, Defendant-Appellee.**

No. 84–3806.

United States Court of Appeals, Ninth Circuit.

Feb. 9, 1987.

Daniel H. Smith, Seattle, Wash., for plaintiffs-appellants.

James Johnson, Sp. Asst. Atty. Gen., Olympia, Wash., for defendant-appellee.

Before BROWNING, Chief Judge, GOODWIN and SKOPIL, Circuit Judges.

### ORDER

This cause is remanded to the district court for further proceedings in conformity with the Supreme Court's opinion in the above entitled case.